[No. 31002-3-II.   Division Two.   September 8, 2004.]

Tom Pickford, et al., *Appellants*, v. Chrisie Masion, et al., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-07165-7, Thomas P. Larkin, J., entered October 24, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ. Now published at 124 Wn. App. 257.

[No. 31058-9-II.   Division Two.   September 8, 2004.]

Tara Zachary, *Respondent*, v. Hootwinc, L.L.C., et al., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-09557-1, Sergio Armijo, J., entered November 4, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 22106-7-III.   Division Three.   September 9, 2004.]

The State of Washington, *Appellant*, v. Raymond Andrew LaPlante, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00377-9, Linda G. Tompkins, J., entered May 8, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 22261-6-III.   Division Three.   September 9, 2004.]

The State of Washington, *Respondent*, v. Nicholas J. Polello, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-8-01690-8, Jerome J. Leveque, J., entered July 2, 2003. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.